IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL BROWN**, Petitioner, | : : : |
| v. | : CIVIL ACTION NO. 11-1066 : |
| **SUPERINTENDENT LAMAS, et al.**, Respondents. | : : : : : |

### ORDER

**AND NOW**, this ___ day of May, 2012, upon consideration of Petitioner's Petition for Writ of Habeas Corpus and Memorandum of Law in support thereof (Docs. 1 and 2); the Response in Opposition to the Petition (Doc. 11); Petitioner's Reply (Doc. 12 and 13); the Report and Recommendation by Chief United States Magistrate Judge Carol Sandra Moore Wells (Doc. 14); and Petitioner's Objections in Opposition thereto (Doc. 16), **IT IS ORDERED** that:

1) The Report and Recommendation is **APPROVED AND ADOPTED**.

2) The petition for writ of habeas corpus is **DENIED WITH PREJUDICE**.

3) There is no probable cause to issue a certificate of appealability.

4) The Clerk of Court shall mark this case as **closed** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**